# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JAMES B. COX**  **PLAINTIFF**
d/b/a JC Designs
d/b/a Wire N Rings

**V.**  **CIVIL CASE NO. 3:18-CV-00030-MPM-JMV**

**JAMES MORRIS**  **DEFENDANTS**
**AND JAMES NOLAND**
**D/B/A WE MAKE IT JEWELRY; AND**
**BRANDON HACKETT**
**D/B/A HACKETT'S HANDCRAFTED JEWELRY**

## ORDER GRANTING ADMISSION OF COUNSEL PRO HAC VICE

This matter comes before the court upon the motion of Plaintiff for admission of Attorney Rashauna A. Norment as counsel *pro hac vice* [4]. Upon due consideration, the court finds the motion is well-taken and should be GRANTED.

Accordingly, it is **ORDERED** that Attorney Rashauna A. Norment is hereby admitted as counsel *pro hac vice* on behalf of Plaintiff.

**IT IS FURTHER ORDERED** that counsel shall register with the Clerk as a user of the court's electronic filing system on or before February 15, 2018. Attorneys may register electronically by accessing the attorney registration site at www.msnd.uscourts.gov/ecf .

SO ORDERED this, February 8, 2018.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**