IN THE UNITED DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JAMES B. COX
*Doing business as*
*JC Designs doing*
*Business as Wire N Rings*,                                                             PLAINTIFF

   VS.                                           CAUSE NO.:  3:18CV00030-MPM-JMV

JAMES MORRIS, ET AL.                                                          DEFENDANTS

## ORDER

    Before the Court is Defendant Brandon Hackett's motion [7] for additional time to respond to the Complaint.  For good cause shown, and finding there is no objection by Plaintiff, the Court finds the motion should be, and the same is, hereby, GRANTED.  Defendant's response to the Complaint is now due on or before April 16, 2018.

    SO ORDERED this, the 14th day of March, 2018.

                                                    /s/ Jane M. Virden
                                                U.S. MAGISTRATE JUDGE