IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES B. COX d/b/a JC Designs d/b/a　　　　　　　　　　　　　　　　　　PLAINTIFF
Wire N Rings

V.　　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 3:18-CV-30-DMB-JMV

JAMES MORRIS, et al.　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

On August 22, 2019, the Court, in a separate case involving James B. Cox, granted in part a motion to refer to the Register of Copyrights a question regarding the validity of a copyright registration held by Ronaldo Designer Jewelry, Inc. *See Ronaldo Designer Jewelry, Inc. v. Cox*, No. 1:17-cv-2-DMB-DAS, at Doc. #365 (N.D. Miss. Aug. 22, 2019). The same order stayed the case pending resolution of the referral. *Id*. at 11. Due to the overlapping issues between this case and the *Ronaldo* case, this Court also stayed this action. Doc. #61.

On November 12, 2019, the Register of Copyrights issued an opinion in response to the referral. *Ronaldo*, at Doc. #369. Accordingly, the stay is **LIFTED**.

**SO ORDERED**, this 25th day of November, 2019.

　　　　　　　　　　　　　　　　　　　　　　　/s/Debra M. Brown
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**