IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES B. COX d/b/a JC Designs d/b/a                                                    PLAINTIFF
Wire N Rings

V.                                                                              NO. 3:18-CV-30-DMB-JMV

JAMES MORRIS, et al.                                                                DEFENDANTS

## ORDER

On January 23, 2020, United States Magistrate Judge Jane M. Virden issued a report and recommendation recommending that the claims brought by James Cox against James Morris be dismissed with prejudice pursuant to a settlement agreement reached in her presence and that the claims asserted by Cox against James Noland be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). Doc. #67. No party has objected to the report and recommendation.

Under 28 U.S.C § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[W]here there is no objection, the Court need only determine whether the report and recommendation is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (*citing United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)). Because the report and recommendation is neither clearly erroneous nor contrary to law, it is **ADOPTED** as the order of the Court. Cox's claims against Morris are **DISMISSED with prejudice**. Cox's claims against Noland are **DISMISSED without prejudice**. A final judgment will issue separately.

**SO ORDERED**, this 13th day of February, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**